# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

MICHAEL GLOVER,  )
#39538-044,  )
                        )
        Petitioner,  )
                        )
vs.  )  Case No. 18−cv−1818−NJR
                        )
WARDEN WERLICH,  )
                        )
        Respondent.  )

## MEMORANDUM AND ORDER

**ROSENSTENGEL, District Judge:**

Petitioner Michael Glover, who is currently incarcerated in the Federal Correctional Institution in Greenville, Illinois ("Greenville"), filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1). Relying on *Mathis v. United States*, 136 S. Ct. 2243 (2016), and *Sessions v. Dimaya*, 138 S. Ct. 1204 (2018), Glover challenges the sentence he received in *United States v. Glover*, 12-cr-243-JAR (E.D. Mo. 2013) ("Criminal Case").[1]

In the Criminal Case, Glover was found guilty by a jury of two counts of being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(l) and 924(a)(2); one count of possession with intent to distribute heroin, in violation of 21 U.S.C. §§ 84l(a)(l), 84l(b)(l)(A) and 85l(a)(l); and one count of possession of firearms in furtherance of a drug trafficking crime,

---

[1] Glover states that he was convicted on June 5, 2013 of possession with intent to distribute heroin and possession by a prior felon of eleven firearms. (Doc. 1, p. 2). Glover does not disclose where he was convicted and sentenced. A review of the Public Access to Court Electronic Records ("PACER") website (www.pacer.gov), however, reveals that Petitioner (Michael Glover, BOP No. 39538-044) has a federal conviction obtained in the District Court for the Eastern District of Missouri (12-cr-243-JAR). In that case, Glover was found guilty of one count of possession with intent to distribute heroin, one count of possession of firearms in furtherance of a drug trafficking crime, and two counts of being a felon in possession of a firearm. *See* Criminal Case Docs. 203 and 183. He was sentenced on June 5, 2013. *Id.*

18 U.S.C. § 924(c)(l)(A)(iii). (Criminal Case, Docs. 183 and 214). On June 5, 2013, the Court

sentenced Defendant to a total of 360 months in prison. *Id.*

Glover states that he "contests the § 924(a)(1) and § 924(c)(ii) enhancements that were

placed upon him." (Doc. 1, p. 2). At first blush, *Mathis* and *Dimaya* do not appear to have any

bearing on the enhanced penalty provisions Glover references. But the Court cannot determine

from the current record whether Glover received any other relevant sentencing enhancements.

Accordingly, it is not plainly apparent that Glover is not entitled to habeas relief, and the Court

concludes that the Petition survives preliminary review under Rule 4 and Rule 1(b).

## Disposition

**IT IS HEREBY ORDERED** that Respondent Werlich shall answer or otherwise plead

within on or before December 3, 2018).[2] This preliminary order to respond does not, of course,

preclude the Government from raising any objection or defense it may wish to present. Service

upon the United States Attorney for the Southern District of Illinois, 750 Missouri Avenue, East

St. Louis, Illinois, shall constitute sufficient service.

**IT IS FURTHER ORDERED** that this entire matter shall be **REFERRED** to United

States Magistrate Judge Clifford J. Proud for disposition, as contemplated by Administrative Order

No. 132, Local Rule 72.2(b)(3), and 28 U.S.C. § 636(c)(1), *should all the parties consent to such

a referral.*

Glover is **ADVISED** of his continuing obligation to keep the Clerk (and each opposing

party) informed of any change in his whereabouts during the pendency of this action. This

notification must be done in writing and no later than 7 days after a transfer or other change in

---

[2] The response date ordered here is controlling. Any date that the Case Management/Electronic Case Filing
("CM/ECF") system should generate during this litigation is a guideline only. *See* SDIL-EFR 3.

address occurs. Failure to provide notice may result in dismissal of this action. *See* FED. R. CIV. P.

41(b).

      **IT IS SO ORDERED.**

      **Dated:  October 31, 2018**

 

**NANCY J. ROSENSTENGEL**
**United States District Judge**